# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES BROOKS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 2:14-cv-00305-SGC |
| ) | |
| SOUTHLAND TUBE INC., ) | |
| ) | |
| Defendant. ) | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Defendant, Southland Tube, Inc., has filed an unopposed motion to dismiss without prejudice Patrick Underwood, one of the plaintiffs in this matter. (Doc. 21). According to the motion, Southland Tube served discovery requests directed to Underwood and noticed his deposition on August 8, 2014. (*Id.* at 2). Southland Tube again noticed Underwood's deposition on November 5, 2014, but has been unable to depose Underwood or obtain responses to its discovery requests from plaintiff's counsel. (*Id.*). On January 28, 2015, plaintiff's counsel informed Southland Tube that attempts to locate Underwood have been unsuccessful. (*Id.*). The unopposed motion asserts plaintiff's counsel has been unable to reach Underwood by telephone and that mail sent to Underwood has been returned unopened to plaintiff's counsel. (*Id.* at 3).

During the telephonic hearing held on March 3, 2015, plaintiff's counsel stated he had exhausted all reasonable means of locating Underwood. These efforts included repeated attempts to reach Underwood by mail, telephone, certified mail, and through his former co-workers. None of these efforts were successful, and the certified mail sent to Underwood was returned unclaimed. Under these circumstances, the undersigned concludes Underwood is due to be dismissed for failure to prosecute under Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE.

## RECOMMENDATION AND NOTICE OF RIGHT TO OBJECT

For the foregoing reasons, the undersigned **RECOMMENDS** that all claims brought by Patrick Underwood be **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Pursuant to 28 U.S.C. § 636(b)(1)(C) and Rule 72(b)(2), Fed. R. Civ. P., any party may file specific written objections to this report and recommendation within fourteen (14) days from the date it is filed in the office of the Clerk. Failure to file written objections to the proposed findings and recommendations contained in this report and recommendation within fourteen (14) days from the date it is filed shall bar an aggrieved party from attacking the factual findings on appeal. Written objections shall specifically identify the portions of the proposed findings and

recommendation to which objection is made and the specific basis for objection. A copy of the objections must be served upon all other parties to the action.

**DONE** this 5th day of March, 2015.

_____
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE