FILED
2015 May-05  AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHARLES BROOKS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | |
| ) | CASE NO.  2:14-cv-0305-SGC-SLB |
| **SOUTHLAND TUBE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

This case is before the court on the Magistrate Judge's Report and Recommendation, (doc. 28),[1]  filed on March 5, 2015.  No objections to the Report and Recommendation have been filed.  Therefore, the Magistrate Judge's Report and Recommendation is due to be and hereby is **ADOPTED** and **ACCEPTED**.  All claims brought by Patrick Underwood are **DISMISSED WITHOUT PREJUDICE**.  This matter is **REFERRED** back to Magistrate Judge Staci G. Cornelius for supervision of discovery and subsequent proceedings.

**DONE** this 5th day of May, 2015.

_____
SHARON  LOVELACE  BLACKBURN
UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.